| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| United States of America | Houston Division |
| v. | Criminal No. H-16-34 |
| JOHN FERGUSON | **EXHIBIT LIST** |
| Exhibit List of United States of America | AUSAs: Sherri Zack and Kimberly Leo |
| Judge: Gray H. Miller | Case Manager: Rhonda Moore-Konieczny | Reporter: B. Slavin |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 1 | Log-in screen - screen shot | | | 5-30-18 | |
| 2 | Playpen-user information overview | | | | |
| 3 | Playpen-user data | | | | |
| 4 | ATT subscriber information | | | | |
| 5 | Playpen – "Sammy" contact sheet (3 pages) | | | | |
| 6 | Samples from laptop – images | | | | |
| 7 | Samples from laptop – video | | | | |
| 8 | Samples from desktop – video | | | | |
| 9 | Samples from external hard drive – images | | | | |
| 10 | Samples from external hard drive – videos | | | | |
| 11 | All laptop child pornography | | | | |
| 12 | All desktop child pornography | | | | |
| 13 | All external child pornography | | | | |
| 14a | Picture of Toshiba laptop (label) | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 14b | Picture of back of Toshiba laptop | | | 5-30-18 | |
| 14c | Picture of label on back of Toshiba laptop | | | | |
| 14d | Picture of label on hard drive | | | | |
| 15a | Picture of Compaq computer | | | | |
| 15b | Picture of back of Compaq computer | | | | |
| 15c | Picture of label on Compaq computer | | | | |
| 15d | Picture of external label on Compaq computer | | | | |
| 15e | Picture of external label on hard drive | | | | |
| 16a | Picture of front Hitachi hard drive | | | | |
| 16b | Picture of back of Hitachi hard drive | | | | |
| 16c | Picture of label on Hitachi hard drive | | | | |
| 17 | Search warrant photos | | | | |
| 18 | Statement of defendant - video | | | | |
| 19 | Videos that were produced by defendant | | | | |
| 19a | Still photo from video (ex 19) | | | | |
| 19b | Still photo from video (ex 19) | | | | |
| 19c | Still photo from video (ex 19) | | | | |