**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **16-CR-34** |
| | § | |
| **JOHN CHRISTOPHER FERGUSON** | § | |

**FERGUSON'S UNOPPOSED MOTION**
**TO CONTINUE THE PSR DEADLINES AND SENTENCING DATES**

Judge Miller—

John Ferguson, through Neal Davis and Jed Silverman, files this unopposed motion to continue the PSR deadlines and sentencing dates, showing specifically:

1. Ferguson has been charged with various charges involving child pornography. He pled not guilty and had a bench trial to preserve the appeal of his pretrial suppression motion.  He is awaiting his PSR and sentencing.

2. Counsel needs additional time to order and receive transcript on the case, in order to file the correct objections to the PSR.

3. The prosecution is not opposed to a continuance.

Ferguson therefore prays that all dates of all settings be continued.

Respectfully submitted,

2

Jed Silverman

/s/

_____
Jed Silverman
Texas Bar No.: 24013511
1221 Studewood
Houston, Texas 77008
Tel: (713) 226-8800
Email: Jed@JedSilverman.com

/s/

_____
Neal Davis
Texas Bar No. 24001117
917 Franklin, Suite 600
Houston, Texas 77002
Tel: (713) 227-4444
Email: Neal@NealDavisLaw.com

## Certificate of Service

I certify that a photocopy of this Motion to Continue has been sent via the ECF-Pacer system to the Assistant United States Kim Leo on February 18, 2019.

/s/

_____

Neal Davis

## Certificate of Conference

I certify that Neal Davis has spoken to Kim Leo and she is unopposed.

/s/

_____

Neal Davis